## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

THOMAS CAPEL,                          )
                                       )
            Plaintiff,                 )
                                       )
vs.                                    )      Civil No.   17-cv-113-JGP-CJP
                                       )
NANCY A. BERRYHILL, Acting             )
Commissioner of Social Security,       )
                                       )
            Defendant.                 )
                                       )

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States

District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for

social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and

reconsideration of the evidence, pursuant to sentence **four** of **42 U.S.C. §405(g).**

Judgment is entered in favor of plaintiff Thomas Capel and against defendant Nancy A.

Berryhill, Acting Commissioner of Social Security.

DATED:   October 30, 2017

> **JUSTINE FLANAGAN,**
> **Acting Clerk of Court**
>
> **BY: s/Tina Gray, Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**